IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | DOCKET NO. 2:11-CR-32 |
| vs. | **ORDER DISSOLVING WRIT OF HABEAS CORPUS RETURNING DEFENDANT TO ORIGINATING JURISDICTION** |
| EDWARD ALBERT CARROLL, | |
| *Defendant.* | |

Defendant, Edward Albert Carroll, filed a motion requesting this court to dissolve the WRIT OF HABEAS CORPUS AD PROSEQUENDUM [# 18] and order his return to Towns County Detention Center in Hiawassee, Georgia, where he was held prior to the issuance of the WRIT. In support of this motion, Mr. Carroll averred that he has a pending matter in Towns County, a warrant that he expects to be dismissed upon making a personal appearance. The government filed a request for a writ in order to have Mr. Carroll brought to this district for a Rule 11 hearing May 15, 2012 at 3:20 p.m. At the conclusion of the Rule 11 hearing, Mr. Carroll was again placed on pretrial release pending sentencing. In his motion, Mr. Carroll waived any rights he may have under the "anti-shuttling" provisions of the Interstate Agreement on Detainers (See 18 U.S.C. App.2, Art. IV (e)) to effectuate his return to Towns County, Georgia.

The government did not oppose the motion.

Finding good cause, IT IS HEREBY ORDERED that the WRIT OF HABEAS CORPUS AD PROSEQUENDUM be dissolved and that EDWARD CARROLL be released from the U.S. Marshal's Service custody upon his immediate transport to the Towns County Detention Center

in Hiawassee, Georgia. IT IS FURTHER ORDERED that upon Mr. Carroll's release from the Towns County Detention Center, he be placed on pretrial release pending sentencing.

Signed: June 18, 2012

Dennis L. Howell
United States Magistrate Judge